IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-01158-LTB-MEH

JAMES BOOTH,

    Plaintiff,

v.

ONFIBER COMMUNICATIONS, INC., now known as QWEST COMMUNICATIONS INTERNATIONAL,

    Defendant.
_____

## ORDER ON UNOPPOSED MOTION TO AMEND THE CAPTION
_____

This matter is before the Court on Defendant's Unopposed Motion to Amend the Caption. For the reasons stated in the Motion, and the Court being fully apprised of the circumstances, IT IS ORDERED that this matter shall be captioned as follows:

Civil Action No. 07-cv-01158-LTB-MEH

JAMES BOOTH,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION, as successor in interest to ONFIBER COMMUNICATIONS, INC.,

    Defendant.

DATED: December 10, 2007

                                              BY THE COURT:

                                               s/Lewis T. Babcock
                                               Lewis T. Babcock, Judge