IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01158-LTB-MEH

JAMES BOOTH,

    Plaintiff,
v.

QWEST COMMUNICATIONS CORPORATION, as successor in interest to OnFiber Communications, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2007.**

    Defendant's Motion for Entry of Stipulated Protective Order [filed December 7, 2007; doc #18] is **granted**. The Stipulation and Protective Order in this matter will be filed contemporaneously with this minute order.

    Counsel for the parties are reminded of the certification requirements of D.C. Colo. LCivR 7.1(A), and directed to comply with the rule in all future filings.