IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01158-LTB-MEH

JAMES BOOTH,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION, as successor in interest to OnFiber Communications, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2008.**

For good cause shown, the Stipulated Motion to Modify Scheduling Order with Respect to All Remaining Deadlines [filed March 28, 2008; doc. #27] is **granted**. The Scheduling Order shall be amended as follows:

| | |
|---|---|
| Designation of Experts: | May 30, 2008 |
| Designation of Rebuttal Experts: | June 30, 2008 |
| Discovery Cut-Off: | July 29, 2008 |
| Dispositive Motion Deadline: | August 29, 2008 |

All other deadlines and conference dates shall remain the same.