IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 07-cv-01158-LTB-MEH

JAMES BOOTH,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION, as successor in interest to ONFIBER COMMUNICATIONS, INC.,

    Defendant.

___

## ORDER OF DISMISSAL
___

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 44 - filed September 5, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: September 8, 2008